**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6196**

———————

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

LEIF ERIK LAWSON,

Defendant - Appellant.

———————

**No. 13-6319**

———————

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

LEIF ERIK LAWSON,

Defendant - Appellant.

———————

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:08-cr-00433-REP-1)

———————

Submitted: April 18, 2013          Decided: April 23, 2013

———————

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————————

Leif Erik Lawson, Appellant Pro Se. Elizabeth Wu, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leif Erik Lawson appeals the district court's orders denying his "Motion to Run Time (Sentencing) Concurrently with State Sentencing or Jail Credit" and "Motion for Phone Records for Appeal Case." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Lawson, No. 3:08-cr-00433-REP-1 (E.D. Va. Jan. 29 & Feb. 12, 2013). We deny Lawson's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED